■  In the Matter of YOLANDA McCOMBS, Appellant, v ALICE SACHS et al., Constituting the Board of Elections of the City of New York, Respondents, and EARLEY B. VIVERETTE, Respondent. In the Matter of EARLEY B. VIVERETTE, Respondent, v YOLANDA McCOMBS, Appellant, and FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents.—Judgments, Supreme Court, Bronx County, each entered on April 3, 1980, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Ross, J. P., Markewich, Lupiano, Bloom and Carro, JJ.